William A. Kershaw (State Bar No. 057486)
Lyle W. Cook (State Bar No. 148914)
Stuart C. Talley (State Bar No. 180374)
Ian J. Barlow (State Bar. No. 262213)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499
Email: wkershaw@kcrlegal.com
Email: lcook@kcrlegal.com
Email: stalley@kcrlegal.com
Email: ibarlow@kcrlegal.com

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CORTEZ, BRAD ASBURY, MARGARET FELTS, and BELEN DURFEE, and  individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>McCLATCHY NEWSPAPERS, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-01891-TLN-EFB<br><br>**DECLARATION OF JEANNE GOBALET IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**<br><br>Date:  November 5, 2015<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Troy L. Nunley<br><br>Complaint Filed: October 2, 2014<br>Action Removed: September 8, 2015 |

I, Jeanne Gobalet, PhD, declare as follows:

1.      I am a demographer, co-owner, and principal of Lapkoff & Gobalet Demographic Research, Inc.  I have been asked by plaintiffs in this case to render expert opinions concerning migration patterns of California residents between 2010 and 2014.  I make this declaration based on my personal knowledge and if called as a witness to testify at trial would be competent to do so.

2.      Attorneys for plaintiffs have requested that I review documents and provide expert opinions in connection with the plausibility that one-third or more of McClatchy newspaper subscribers who originally signed up for newspaper subscriptions in California between 2010 and 2014 have moved out of the State of California permanently and are no longer California residents.  I have dedicated over 25 years to demographic research and services and am familiar with the standards and practices of demography.

## I.      BACKGROUND

3.      My current Curriculum Vitae is attached hereto as **Exhibit "A,"** which lists my formal degrees and highlights my professional background and experience.  My CV references my available publications.  Briefly stated:

a.   "Who Must Elect by District in California? A Demographer's Perspective on Methods for Assessing Racially Polarized Voting," with Shelley Lapkoff. Emerging Techniques in Applied Demography, Nazrul Hoque and Lloyd Potter (editors), Springer, 2015.

b.   "State and Local Government Demography," in Encyclopedia of Population, Macmillan Reference USA, 2003.

c.   "Lead Hot Zones and Childhood Lead Poisoning Cases, Santa Clara County, California, 1995," with Su-Lin Wilkinson, Marcia Majoros, Bernie Zebrowski, and Guadalupe S. Olivas.  Journal of Public Health Management and Practice, 1999.

d.   "Demographic Data and Geographic Information Systems for Decision-Making: The Case of Public Health," with Richard K. Thomas.  Population Research and Policy Review, 1996.

-2-

e.  "Using Sociological Tools in a Legal Context," Journal of Applied Sociology, 1995.

f.  "Changing from At-large to District Election of Trustees in Two California Community College Districts: A Study of Contrasts," with Shelley Lapkoff, Applied Demography, Fall 1991.

g.  World Mortality Trends Since 1870.  New York, New York: Garland Publishing Inc., 1989.

## II.    BASIS OF MY OPINIONS

4.    My opinions are based on the documents provided by plaintiffs' counsel, my education, background, training and experience and my review of American Community Survey estimates.

5.    The American Community Survey (ACS) is an ongoing statistical survey by the U.S. Census Bureau. Sent to approximately 295,000 addresses monthly (or 3.5 million per year), it is the largest survey other than the decennial census that the Census Bureau administers.

6.    The ACS gathers information about migration, ancestry, educational attainment, income, language proficiency, disability, employment, housing characteristics, and various other subjects. These data are used by many public-sector, private-sector, and not-for-profit stakeholders to allocate funding, track shifting demographics, plan for emergencies, and learn about local communities.

7.    The ACS is a resource commonly used and relied upon by demographers to study migration patterns among states and smaller geographical areas, as well as many other things.

8.    Based on my review of the documents provided by plaintiffs' counsel and my discussions with counsel, my opinions are based on the following preliminary facts: American Community Survey estimates of migration out of California in 2010-2014 are quite low.  Between 2010 and 2014, around two percent of California residents moved out of state each year.  Error margins associated with the ACS estimates are quite low, since the state's population is very large.

### III.   OPINIONS

9.   I have analyzed American Community Survey estimates of state-to-state migration during the period 2010-2014.  Specifically, I investigated the share of persons living in California in 2010 who did and did not move out of that state between 2010 and 2014.  I have concluded that more than 90 percent of persons living in California in 2010 still lived there in 2014.

10.   Based on this information, I find it extremely unlikely that at least one third of McClatchy newspapers subscribers who subscribed to papers while California residents no longer reside within California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 8, 2015 in Saratoga, California.

_Jeanne Gobalet_
Jeanne Gobalet

# EXHIBIT A

*LAPKOFF & GOBALET DEMOGRAPHIC RESEARCH, INC.*

*www.Demographers.com*

*22361 Rolling Hills Road, Saratoga, CA 95070-6560 - (408) 725-8164*
*2120 6th Street #9, Berkeley, CA 94710-2253 - (510) 540-6424*

Curriculum Vitae
**Jeanne Gobalet, Ph.D.**
**Demographer and GIS Specialist**
Lapkoff & Gobalet Demographic Research, Inc.
22361 Rolling Hills Road, Saratoga, CA 95070
(408) 725-8164 • Gobalet@demographers.com

Vice President and Principal, Lapkoff & Gobalet Demographic Research, Inc., since 1992

**Education and Honors**
Ph.D. Sociology, *Stanford University*, 1982
    Specialties: Demography and Social Stratification
M.A. Sociology, *Stanford University*
M.A. Education, *Stanford University*
A.B. Sociology and History (Majors) and Geography (Minor)
    *Stanford University*. With Distinction and Phi Beta Kappa
Postdoctoral Fellow, Demography, *University of California, Berkeley*, 1982-83

**Summary of Qualifications**
Dr. Gobalet has provided demographic services to school districts and many other types of organizations for many years. Her specialties include spatial analysis of populations and of U.S. Census data. She has written articles and a book and has made many public presentations. She has testified as an expert and provided litigation support in cases involving various types of jurisdictions.

Selected Publications

"Who Must Elect by District in California? A Demographer's Perspective on Methods for Assessing Racially Polarized Voting," with Shelley Lapkoff. *Emerging Techniques in Applied Demography*, Nazrul Hoque and Lloyd Potter (editors), Springer, 2015.

"State and Local Government Demography," in *Encyclopedia of Population*, Macmillan Reference USA, 2003.

"Lead Hot Zones and Childhood Lead Poisoning Cases, Santa Clara County, California, 1995," with Su-Lin Wilkinson, Marcia Majoros, Bernie Zebrowski, and Guadalupe S. Olivas. *Journal of Public Health Management and Practice,* 1999.

"Demographic Data and Geographic Information Systems for Decision-Making: The Case of Public Health," with Richard K. Thomas. *Population Research and Policy Review*, 1996.

"Using Sociological Tools in a Legal Context," *Journal of Applied Sociology*, 1995.

"Changing from At-large to District Election of Trustees in Two California Community College Districts: A Study of Contrasts," with Shelley Lapkoff, *Applied Demography,* Fall 1991.

*World Mortality Trends Since 1870.* New York, New York: Garland Publishing Inc., 1989.

## Presentations at Professional Meetings

"The Judicious Use of ACS Citizenship Estimates in Political Redistricting," with Shelley Lapkoff.  2015 American Community Survey Users Conference.

"Accessing & Mapping ACS Data Case Study:  Private School Enrollment Rates."  Workshop presentation, 2015 American Community Survey Users Conference.

"Public School Enrollment Forecasts for a Neighborhood with a Changing Housing Mix," with Shelley Lapkoff and Robin Merrill.  2015 Association of American Geographers Conference.

"Measuring Variations in Private School Enrollment Rates Using ACS Estimates," with Magali Barbieri and Shelley Lapkoff, 2014 American Community Survey Users Conference.

"Who Attends Private Schools? Enrollment rates by ethnicity in California," with Magali Barbieri and Shelley Lapkoff, 2014 Applied Demography Conference.

"Reasons to measure gross grade progressions when forecasting school enrollments, 2013 Southern Demographic Association meeting.

"The Effects of Charter Enrollments on Public School Enrollments: A Case Study," with Shelley Lapkoff, 2012 Southern Demographic Association meeting.

"Do Political Candidates Win and Lose Races because of Race Alone? When Is Voting Polarized Because of Racial Differences, and When Do Other Factors Explain the Patterns?" with Shelley Lapkoff; 2012 Southern Demographic Association meeting.

 "Using American Community Survey Citizenship Estimates in Political Redistricting," invited panelist, Workshop on the Benefits (and Burdens) of the American Community Survey, National Research Council of the National Academies of Science, June 14-15, 2012.

"How much is enough and how much is too much?  Measuring Hispanic political strength for redistricting purposes," with Shelley Lapkoff, 2012 Population Association of America Meeting.

"Who Must Elect by District?  Methods for Assessing Racially Polarized Voting," 2012 Applied Demography Conference, San Antonio, TX.

"What U.S. Census Data Tell Us about the Number of Children Per Housing Unit," 2009 Population Association of America meeting.

"An Alternative K-12 Enrollment Forecast Method for Older Neighborhoods," with Shelley Lapkoff, 2009 Population Association of America meeting.

Organizer and Chair, School Demography Session, 2007-2011 Population Association of America meeting.

Panel Member, "Order in the Court:  Demographers as Expert Witnesses in Legal Proceedings," 2008 Population Association of American meeting.

"Did Changing the Election Method Make a Difference?" 2003 Southern Demographic Association meeting.

Panel Organizer, "Applications of GIS and Spatially-Referenced Data," 2000 Population Association of America meeting.

"Forecast of Emeritus Faculty/Staff Households on a University Campus," with Shelley Lapkoff, 2000 Population Association of America meeting.

Panel Organizer and Presenter, "Spatially Referenced Data," 1999 Population Association of America meeting.

Demographics & Public Health, GIS in Public Health 3rd National Conference, 1998.

"Targeting At-Risk Children and Adolescents for Decision Makers," 1996 Population Association of America meeting.

"GIS and Demography," Discussant, 1996 Population Association of American meeting.

"Small Area Demographic Analysis with GIS," 1994 International Conference on Applied Demography.

"What Demographers Need to Know about GIS," 1994 International Conference on Applied Demography.

"Spatial Analysis in Sociology Using Geographic Information System Software," 1994 American Sociological Association meeting.

"Exploring the Spatial Element in School District Demography Using GIS Software," 1994 Population Association of America meeting.

"Use of Neighborhood Life Cycles for Improving Small Area Population Forecasts," with Shelley Lapkoff, 1994 Population Association of America meeting.

"Geographic Information Systems: Evolving Technologies and Challenges for Demography" panelist, 1994 Population Association of America meeting.

"Demographics and GIS Applications in Health Care" workshop presenter, 1994 Population Association of America meeting.

"Using Geographic Information Systems in Applied Sociology" workshop presenter, 1994 Society for Applied Sociology meeting.

"Geographic Information Systems and the Sociologist" didactic seminar presenter, 1993 Society for Applied Sociology meeting.

"Use of GIS in Political Redistricting," 1993 Population Association of America meeting.

"Voting Rights Act Issues in Political Redistricting," with Shelley Lapkoff, 1993 Population Association of America meeting

"Use of a GIS for Local Area Analysis: Santa Clara County, California, Community College Enrollment Patterns," International Conference on Applied Demography, Bowling Green University, 1992.

"Redistricting Dilemmas for the Demographer," 1992 Population Association of America Meeting.

"Enrollment Patterns in the San Jose/Evergreen Community College District, 1986-1991," 1992 California Community College League Annual Research Conference.