William A. Kershaw (State Bar No. 057486)
Lyle W. Cook (State Bar No. 148914)
Stuart C. Talley (State Bar No. 180374)
Ian J. Barlow (State Bar No. 262213)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499
Email: wkershaw@kcrlegal.com
Email: lcook@kcrlegal.com
Email: stalley@kcrlegal.com
Email: ibarlow@kcrlegal.com

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CORTEZ, BRAD ASBURY, MARGARET FELTS, and BELEN DURFEE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>McCLATCHY NEWSPAPERS, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-01891-TLN-EFB<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE JOINT STATUS REPORT** |

Plaintiffs Joseph Cortez, Brad Asbury, Margaret Felts and Belen Durfee ("Plaintiffs") and Defendant McClatchy Newspapers, Inc. ("Defendant") (together, the "Parties") respectfully request that the Court extend the deadline for the Parties to submit their Joint Status Report to thirty (30) days following this Court's rulings on Defendant's motion to dismiss (Dkt. No. 4) Plaintiffs' motion to remand (Dkt. No. 6), or to a date thereafter that is convenient for the Court. The Parties, by and through their respective counsel, stipulate and agree as follows:

WHEREAS, this case was removed from Sacramento County Superior Court on September 8, 2015 (Dkt. No. 1);

WHEREAS, Defendant filed a motion to dismiss on September 15, 2015;

WHEREAS, Plaintiffs filed a motion to remand on October 8, 2015;

WHEREAS, the Parties have fully briefed Defendant's motion to dismiss and Plaintiffs' motion to remand;

WHEREAS, a Minute Order was issued on October 30, 2015 stating in part that on the Court's own motion, Defendant's motion to dismiss and Plaintiffs' motion to remand were submitted without oral argument and that the November 5, 2015 hearing on those motions was vacated (Dkt. No. 11);

WHEREAS, the Court's Order Requiring Joint Status Report (Dkt. No. 2) in part requires the Parties to prepare and submit a Joint Status Report that includes the Parties' proposed discovery plan pursuant to Federal Rule of Civil Procedure 26(f) and addresses proposed case management deadlines;

WHEREAS, the Parties' Joint Status Report is currently due on November 6, 2015 (Order Requiring Joint Status Report ¶ 4);

WHEREAS, the Parties believe that the Joint Status Report cannot be adequately prepared until jurisdictional and pleading issues are resolved through the Parties' pending motions;

WHEREAS, the Parties further believe that the interests of efficiency and judicial economy would be served by extending the Parties' deadline to prepare and submit their Joint Status Report;

WHEREAS, no extensions have previously been sought by the Parties in this Court;

NOW, THEREFORE, undersigned counsel for the Parties stipulate and agree that the current deadline for preparing and submitting a Joint Status Report should be extended to thirty (30) days following the Court's rulings on Plaintiffs' motion to remand and Defendant's motion to dismiss, and request that the Court so order by signing the accompanying proposed order.

/ / /

/ / /

IT IS SO STIPULATED AND AGREED.

Dated: November _6_, 2015          Respectfully submitted,

**KERSHAW, CUTTER & RATINOFF, LLP**


By: _____/s/_____
       Stuart C. Talley

William A. Kershaw
Lyle W. Cook
Ian J. Barlow
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

*Counsel for Plaintiffs and the Class*

Dated: November _6_, 2015          **GREENBERG TRAURIG LLP**


By: _____/s/_____
       Robert J. Herrington

1840 Century Park East, 19th Floor
Los Angeles, California  90067
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800

Kurt A. Kappes
**GREENBERG TRAURIG LLP**
1201 K Street, Suite 1100
Sacramento, California  95814
Telephone: (916) 442-1111
Facsimile:  (916) 448-1709

*Counsel for Defendant*

**ORDER GRANTING STIPULATION**

Upon presentation of the Parties' Stipulation, and good cause appearing therefore, the November 6, 2015 deadline for the Parties to submit their Joint Status Report is hereby extended to thirty (30) days following the Court's rulings on Plaintiffs' motion to remand and Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated:  November 13, 2015

Troy L. Nunley
United States District Judge